**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TZIPORA GLICK,

                       Plaintiffs,

        -against-                                                 21 **CIVIL** 7456 (NSR)

                                                                       **JUDGMENT**

CMRE FINANCIAL SERVICES, INC.,

                       Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated July 6, 2022, CMRE's motion to dismiss is

GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      July 6, 2022

                                      **RUBY J. KRAJICK**
                                     _____
                                      **Clerk of Court**
        **BY:**      *K. Mango*
                                      _____
                                        **Deputy Clerk**